UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

**JESSICA HENDERSON**            )
                                 )    **Case Number: 09-06089**
                                 )
  **Plaintiff**         )
                                 )
  **vs.**               )
                                 )
**PENTAGROUP**                   )
**FINANCIAL  LLC**               )
  **Defendant**         )
_____   )

## STIPULATION OF DISMISSAL

  AND NOW, this 16th day of April, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.


    Warren & Vullings, LLP


  BY:  /s/ *Brent F. Vullings*
    Brent F. Vullings, Esquire
    Attorney for Plaintiff


    Daly Lamastra & Cunningham

  BY: */s/  Ellen M. Boyle*
    Ellen M. Boyle, Esquire
    Attorney for Defendant