# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JESSICA HENDERSON )<br>)<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>PENTAGROUP )<br>FINANCIAL LLC )<br>Defendant )<br>) | Case Number: 09-06089<br><br>RECEIVED<br>APR 20 2010<br>AT 8:30<br>WILLIAM T. WALSH — M<br>CLERK |

## STIPULATION OF DISMISSAL

AND NOW, this 16th day of April, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ *Brent F. Vullings*
   Brent F. Vullings, Esquire
   Attorney for Plaintiff


Daly Lamastra & Cunningham

BY: /s/ *Ellen M. Boyle*
   Ellen M. Boyle, Esquire
   Attorney for Defendant